MOTION GRANTED.  The Initial Case Management Conference set for April 21, 2026 is hereby CANCELLED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| DHRUV POSTIWALA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ARDENT HEALTH, INC., MARTIN J. BONICK, and ALFRED LUMSDAINE,<br><br>Defendants. | Case No. 3:26-cv-00022<br>Chief Judge William L. Campbell, Jr.<br>Magistrate Judge Jeffery S. Frensley |

## JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND POSTPONE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff Dhruv Postiwala, individually and on behalf of all others similarly situated, and Defendants Ardent Health, Inc., Martin J. Bonick, and Alfred Lumsdaine (together with Plaintiff, the "Parties"), respectfully move the Court for an order (1) extending Defendants' time to answer or otherwise respond to the complaint until a date to be determined after the Court's appointment of a Lead Plaintiff and Lead Counsel, (2) directing the Lead Plaintiff and Defendants to jointly submit a proposed schedule for the filing of a consolidated complaint (or designation of an operative complaint) and Defendants' response thereto, within fourteen (14) days of the Court's appointment of a Lead Plaintiff and Lead Counsel, and (3) postponing the Initial Case Management

Conference currently set for April 21, 2026, until after a ruling on the Defendants' Motion to Dismiss that will be filed. In support of this motion, the Parties state as follows:

1. This action is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4 *et seq.*

2. On January 7, 2026, Plaintiff filed the complaint in the above-captioned securities fraud class action asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder (the "Complaint") (Dkt. 1).

3. On January 8, 2026, the Court set an Initial Case Management Conference for April 21, 2026 before Magistrate Judge Jeffery S. Frensley.

4. On January 12, 2026, this case was referred to Magistrate Judge Frensley for customized case management in accordance with Local Rule 16.01 and 28 U.S.C. §636(b)(1)(A).

5. On January 13, 2026, Plaintiff served Ardent Health, Inc. with the summons and Complaint.

6. On January 26, 2026, counsel for Defendants accepted service for Bonick and Lumsdaine.

7. The PSLRA prescribes procedures for the appointment of Lead Plaintiff and Lead Counsel to represent the putative class. *See* 15 U.S.C. § 78u-4(a)(3).

8. In compliance with the PSLRA, 15 U.S.C. § 78u-4(a)(3)(A)(i), Plaintiff caused notice of the pendency of the above-captioned action to be published on January 8, 2026.

9. The publication of that notice triggered the PSLRA's sixty-day (60) deadline for "any member of the purported class" to move the Court for appointment as Lead Plaintiff, 15 U.S.C. § 78u-4(a)(3)(A)(i)(II), which is March 9, 2026.

10. The Parties have conferred and anticipate that, after the Court appoints a Lead Plaintiff and Lead Counsel, pursuant to 15 U.S.C. § 78u-4(a)(3)(B), the Lead Plaintiff will file a consolidated complaint that will supersede the Complaint or will designate an operative complaint, and Defendants will file a motion to dismiss.

11. The PSLRA provides that "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party[,]" 15 U.S.C. § 78u-4(b)(3)(B).

12. The Parties have conferred and agree that in the interests of judicial economy, conservation of time and resources, and orderly management of this action, within fourteen (14) days after the appointment of Lead Plaintiff and Lead Counsel, the Lead Plaintiff and Defendants shall confer and submit a proposed schedule for the filing of a consolidated complaint (or designation of an operative complaint) and Defendants' response thereto.

13. The Parties have conferred and agree that it is in the interests of judicial economy, conservation of time and resources, and orderly management of this action, for the Initial Case Management Conference set for April 21, 2026, to be continued until after a ruling on the Defendants' Motion to Dismiss that will be filed.

14. The Parties do not seek this extension for the purpose of delay.

15. WHEREFORE, the Parties respectfully request that the Court enter the attached proposed order extending Defendants' time to answer or otherwise respond to the complaint, directing the Lead Plaintiff and Defendants to submit a proposed schedule after the Court's appointment of a Lead Plaintiff and Lead Counsel, and postponing the Initial Case Management Conference until after a ruling on Defendants' Motion to Dismiss, as set forth above.

Respectfully submitted,

/s/ Wade B. Cowan
**Wade B. Cowan, Attorney at Law**
Wade B. Cowan (#009403)
P.O. Box 50617
Nashville, TN 37205
Phone: 615-390-6652
Email: wcowan@dhhrplc.com

**Bleichmar Fonti & Auld LLP**
Javier Bleichmar (admitted *pro hac vice*)
300 Park Avenue, Suite 1301
New York, NY 10022
Phone: 212-789-1340
Email: jbleichmar@bfalaw.com

Ross Shikowitz (admitted *pro hac vice*)
75 Virginia Road
White Plains, NY 10603
Phone: 914-265-2991
rshikowitz@bfalaw.com

Adam C. McCall (admitted *pro hac vice*)
1330 Broadway, Suite 630
Oakland, CA
Phone: 415-445-4003
Email: amccall@bfalaw.com

*Counsel for Plaintiff Dhruv Postiwala*

/s/ Britt K. Latham
**Bass, Berry & Sims, PLC**
Britt K. Latham (#023149)
Margaret V. Dodson (#035115)
James W. Miller (#040369)
21 Platform Way S., Suite 3500
Nashville, TN 37203
Phone: 615-742-6200
Email: blatham@bassberry.com
margaret.dodson@bassberry.com
james.miller@bassberry.com

*Counsel for Defendants Ardent Health, Inc.,
Martin J. Bonick, and Alfred Lumsdaine*

*Filer's Attestation: Pursuant to the Court's CM/ECF Manual regarding signatures, Britt K.
Latham hereby attests that concurrence in the filing of this document has been obtained.*

## CERTIFICATE OF SERVICE

I certify that on January 30, 2026, the foregoing was filed electronically with the Clerk of Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

 */s/ Britt K. Latham*
Britt K. Latham